IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOSEPH SEAN CORNELL | § | |
| | § | |
| V. | § | No. 5:05CV123 |
| | § | |
| PLEASANT GROVE INDEPENDENT SCHOOL DISTRICT and MARK ROBERTS | § § § | |

## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Reports of the Magistrate Judge dated September 19, 2005 and October 19, 2005, which contain her proposed findings of fact and recommendations for the disposition of such action, have been presented for consideration. No objections to the Reports were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Reports of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Plaintiff's above-referenced cause of action is **DISMISSED WITH PREJUDICE**.

SIGNED this 14th day of November, 2005.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE